IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID TKHILAISHVILI, and | ) | Crim. No. 16-10134 |
| JAMBULAT TKHILAISHVILI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

GOVERNMENT'S MOTION TO SEAL
AND UNSEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until email notification to the Clerk's Office by the government at which time the Court orders the indictment be unsealed.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: ________________
LAURA J. KAPLAN
Assistant U.S. Attorney

Date: May 11, 2016

MOTION ALLOWED
By the Court
Thomas [signature]
Deputy Clerk
5/11/2016.