UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Cr. No. 16-10134-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| (1) DAVID TKHILAISHVILI, and | ) | |
| (2) JAMBULAT TKHILAISHVILI, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S SUPPLEMENT IN SUPPORT OF MOTION FOR DETENTION**

The United States of America, by and through its attorneys, Carmen M. Ortiz, United States Attorney, and Assistant U.S. Attorney Laura J. Kaplan, hereby supplements its' motion seeking detention as to the above-mentioned defendants with the following information:

1. Over the weekend of May 14, 2016 through May 16, 2016, special agents of the Federal Bureau of Investigation ("the FBI") called Classic Pizza in Taunton, Massachusetts, which is allegedly owned and operated by the defendants. The telephone was answered on both days indicating the restaurant was open. On May 16, 2016, the FBI visited Classic Pizza in Taunton and, contrary to the defendants' assertions, Classic Pizza is open for business and operational.
2. The government will also file separately this afternoon, because of its size, the opposition to the defendants' motion for preliminary injunction, which includes several affidavits from, among others, the victim in the instant case, so the Court has a complete picture of the civil lawsuit. The plaintiff's answer is due today and has

not yet been filed.

For all of the reasons previously stated, the government submits that the defendants are both a risk of flight and danger to the safety of the community, pursuant to Title 18, United States Code, Section 3142 and should be detained.

Respectfully Submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Laura J. Kaplan*
Laura J. Kaplan
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Laura J. Kaplan*
Laura J. Kaplan
Assistant United States Attorney

Date: May 17, 2016