UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
16-10134-DPW

UNITED STATES OF AMERICA

v.

DAVID TKHILAISHVILI and
JAMBULAT TKHILAISHVILI

**INITIAL SCHEDULING ORDER**

May 17, 2016

DEIN, M.J.

The above named defendant has been arraigned before this court on **May 13, 2016**, and has elected to proceed under the automatic discovery rules. Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules, D. Mass. ("LR") 116.1 through 116.4. Furthermore, it is HEREBY ORDERED that:

1. The date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **June 10, 2016**. The parties are reminded of their obligation under LR 116.1(c) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference will be held on **July 6, 2016 at 10:00 AM in Courtroom #15 on the 5th Floor**.[1] The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **July 1, 2016**.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. See Fed. R. Crim. P. 43(c)(3).